Ronald S. ADAMS, Appellant

v.

UNITED STATES DEPARTMENT OF THE TREASURY and Internal Revenue Service, Appellees.

No. 14–5050.

United States Court of Appeals, District of Columbia Circuit.

Jan. 30, 2015.

Ronald S. Adams, Citra, FL, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: ROGERS, TATEL, and BROWN, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 13, 2014, be affirmed. It would have been preferable had the district court simply struck the unnecessary portions of the pro se complaint or given plaintiff time to do so, and obtained from the defendants a waiver of any statute of limitations defense. But because neither party has suggested there are limitations concerns to plaintiff filing a new complaint, the order of January 13, 2014 is affirmed in view of the district court's discretion to enforce Rule 8, and the fact that the complaint was unnecessarily detailed at times. *See Ciralsky v. CIA,* 355 F.3d 661 (D.C.Cir.2004). The dismissal without prejudice allows plaintiff to file a new complaint that meets the requirements of Rule 8. *See id.* at 669–70.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.